IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MELISSA ANN FISK                                                              PLAINTIFF

v.                          NO. 4:20-cv-01227 KGB-PSH

KILOLO KIJAKAZI, Acting Commissioner of                       DEFENDANT
the Social Security Administration

## FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following proposed Recommendation has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

The Acting Commissioner of the Social Security Administration ("Commissioner") has filed the pending motion to reverse and remand. See Docket Entry 13. In the motion, she asks that this case be reversed and remanded for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. 405(g).

For good cause shown, it is recommended that the motion to reverse and remand be granted. This case should be remanded in accordance with the terms outlined by the Commissioner and should be remanded pursuant to sentence four of 42 U.S.C. 405(g). See Melkonyan v. Sullivan, 501 U.S. 89 (1991). The dismissal of this case should be without prejudice to plaintiff Melissa Ann Fish's subsequent filing of a motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act. A separate judgment should also be entered pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED this 7th day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE