# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MELISSA ANN FISK**                                                                                    **PLAINTIFF**

v.                                      Case No. 4:20-cv-01227-KGB

**KILOLO KIJAKAZI,**
**Acting Commissioner,**
**Social Security Administration**                                                                        **DEFENDANT**

## ORDER

Before the Court are the Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 14). Judge Harris recommends granting the Acting Commissioner of the Social Security Administration's ("Commissioner") motion to reverse and remand this case for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g) (Dkt. Nos. 13; 14, at 2). No party has filed an objection to the Findings and Recommendations, and the time for doing so has passed.

After careful consideration, the Court concludes that Judge Harris' Findings and Recommendation should be, and hereby are, approved and adopted as this Court's findings in all respects. The Court grant's the Commissioner's motion to reverse and remand this case for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g) (Dkt. Nos. 13; 14).

So ordered this 12th day of September, 2022.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge